No. 1298. Cielen v. Aetna Life Insurance Co. et al. App. Ct. Ill., 1st Dist. Certiorari denied. *Peter S. Sarelas* for petitioner. *Thomas J. Johnson, Jr.,* for Aetna Life Insurance Co., and *John M. O'Connor, Jr.,* and *Lawrence Gunnels* for Travelers Insurance Co., respondents.

No. 1300. Stearns v. Tabor et al. C. A. 3d Cir. Certiorari denied. *Murray C. Goldman* for petitioner. *Gordon W. Gerber* and *Read Rocap, Jr.,* for respondents.

No. 1304. Handsford v. United States. C. A. 5th Cir. Certiorari denied. *Andrew Jackson Whitehurst III* and *Edwin A. Carlisle* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1308. Lamont v. Commissioner of Motor Vehicles et al. C. A. 2d Cir. Certiorari denied. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes* and *Mortimer Sattler,* Assistant Attorneys General, for Commissioner of Motor Vehicles, and *Wyllys S. Newcomb* for R. L. Polk & Co., respondents.

No. 1335. Hooper et al. v. Gooding, Judge, et al. Sup. Ct. Ariz. Certiorari denied. *John P. Frank* and *John J. Flynn* for petitioner Hooper. *Darrell F. Smith,* Attorney General of Arizona, *Norval C. Jesperson,* Assistant Attorney General, and *Mark Wilmer,* Special Assistant Attorney General, for respondents.